UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SWIFT & COMPANY LLC,

                    Plaintiff,

          – against –

SALON WEST INC,

                    Defendant.

**ORDER**

25-cv-6883 (ER)

Ramos, D.J.:

On October 22, 2025, a Clerk's Certificate of Default was issued as to Salon West Inc.

Doc. 14. Since then, there has been no activity in the case.

Swift & Company is therefore instructed to submit a status report by **April 16, 2026**.

Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P.

41(b).

It is SO ORDERED.

Dated:   April 9, 2026
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.