UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SWIFT & COMPANY LLC,

Plaintiff,

– against –

SALON WEST INC,

Defendant.

**ORDER**

25 Civ. 6883 (ER)

Ramos, D.J.:

On October 22, 2025, a Clerk's Certificate of Default was issued as to Salon West Inc. Doc. 14. On April 4, 2026, after nearly five months of inactivity in this case, the Court instructed Plaintiff to submit a status report by no later than April 16, 2026. Doc. 15. On April 16, 2026, Plaintiff submitted a status report informing the Court that its efforts to contact Defendant to resolve the matter without seeking a default judgment were unsuccessful and stated that they would soon move for default judgment. Doc. 17. As of the date of this Order, Plaintiff has still not filed a motion for default judgment.

Plaintiff is therefore instructed to submit a status report by no later than October 28, 2026. Failure to do so will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.